IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JUANITA FAYE HOLTSCHNEIDER,<br>[DOB: 08/25/1967],<br><br>　　　　　　Defendant. | No. 25-03143-01-CR-S-MDH<br><br>**COUNT 1**<br>18 U.S.C. § 1343<br>(Wire Fraud)<br>NMT 20 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>26 U.S.C. § 7202<br>(Failure to Pay Over Tax)<br>NMT 5 Years Imprisonment<br>NMT $10,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony<br><br>**FORFEITURE ALLEGATION:**<br>18 U.S.C. § 981(a)(1)(C)<br>28 U.S.C. § 2461<br><br>$100 Special Assessment (for each count of conviction) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Information:

### Introduction

1.　JUANITA FAYE HOLTSCHNEIDER (HOLTSCHNEIDER) was a resident of Marshfield, Webster County, Missouri, in the Western District of Missouri, since at least 2015.

2.　HOLTSCHNEIDER has a personal bank account with Arvest Bank, which was headquartered in Bentonville, Arkansas.

3.　In 2008, a business known as the "Victim," was started in Springfield, Greene

1

County, Missouri, within the Western District of Missouri.

4. The Victim had a business operating bank account with Guaranty Bank and utilized this account to pay its employee tax obligations to the federal government.

5. In 2015, HOLTSCHNEIDER was hired as an accountant by the Victim.

6. HOLTSCHNEIDER'S duties with the Victim included handling the payment of employment taxes for the Victim, as well as signed Forms 941 that were issued to the Internal Revenue Service (IRS).

7. HOLTSCHNEIDER'S employment responsibilities with the Victim also included preparing payment reports for the company.

8. HOLTSCHNEIDER was responsible for the Victim's QuickBooks software that was created to make deposits with the United States Department of the Treasury (U.S. Treasury) as payment of the Victim's employment taxes owed.

9. HOLTSCHNEIDER, on behalf of the Victim, was responsible for sending employee taxes, collected from the wages of the Victim's employees to the IRS and the U.S. Treasury.

10. When employment tax monies were sent by the Victim, this transaction resulted in a wire transmission that originated from the Victim, in Springfield, Greene County, Missouri, to the U.S. Treasury located in Washington D.C., traveling in interstate commerce across state boundaries.

11. Further, the deposit or transfer of monies from the Victim's bank account into HOLTSCHNEIDER'S Arvest Bank account resulted in a wire transmission that originated from the state of Missouri, traveling across interstate boundaries to Bentonville, Arkansas, the headquarters of Arvest Bank.

## COUNT ONE
(Wire Fraud – 18 U.S.C. § 1343)

12. The allegations set forth in paragraphs 1 through 11 are hereby incorporated in full by reference.

13. On or about April 1, 2023, through August 31, 2024, said dates being approximate, the defendant, **JUANITA FAYE HOLTSCHNEIDER**, fraudulently diverted monies from the Victim, located in Springfield, Greene County, Missouri, that were intended to pay for federal employment taxes owed to the U.S. Treasury, and sent to her Arvest Bank account that is headquartered in Bentonville, Arkansas.

14. HOLTSCHNEIDER altered the payment account receiving employment taxes within the Victim's QuickBooks software. HOLTSCHNEIDER, without authorization, fraudulently altered the account that the Victim's employment taxes were deposited into from financial accounts with the U.S. Treasury to her personal bank account with Arvest Bank.

15. HOLTSCHNEIDER caused numerous deposits from the Victim to be made into her personal bank account with Arvest Bank between April 1, 2023, and August 31, 2024, instead of U.S. Treasury financial accounts.

16. Further, based on records, HOLTSCHNEIDER embezzled company monies from the Victim, in addition to the employment taxes.

17. In total, HOLTSCHNEIDER caused $251,385.15 of the Victim's employment taxes, intended by the Victim to be paid to the U.S. Treasury, to be deposited into her personal bank account, with an additional $32,493.11 being embezzled from the Victim's financial accounts, totaling $283,878.26 of monies embezzled from the Victim's operating account.

18. Starting on approximately April 1, 2023, and continuing until on or about August 31, 2024, the defendant, **JUANITA FAYE HOLTSCHNEIDER**, devised and intended to devise

3

Case 6:25-cr-03143-MDH   Document 7   Filed 10/16/25   Page 3 of 8

a scheme that fraudulently diverted monetary withdrawals from the Victim's business operating account with Guaranty Bank, located in Greene County, Missouri, intended to pay existing federal employment taxes with the U.S. Treasury, located in Washington D.C., deposited those fraudulently obtained monies in her personal Arvest Bank account, headquartered in Bentonville, Arkansas, and to obtain money by means of materially false and fraudulent pretenses, representations and promises as described above. On or about the aforementioned dates, in Greene County, within the Western District of Missouri, the defendant, JUANITA FAYE HOLTSCHNEIDER, for the purpose of executing the scheme described above, caused to be transmitted by means of wire communication in interstate commerce, electronic payments in the amount of $283,878.26, debited against the Victim's business operating account and fraudulently deposited into her personal bank account.

19. Specifically, on or about August 3, 2023, said date being approximate, in Greene County, Missouri, in the Western District of Missouri, the defendant, JUANITA FAYE HOLTSCHNEIDER, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, knowingly transmitted and caused to be transmitted, in interstate commerce, by means of wire communication, wire and radio sounds, and signals, that is, the electronic wire transmission of monies through a bank withdrawal and deposit in the amount of $4,470.08, sent via wire transmission originating from the Victim's bank account, in Springfield, Greene County, Missouri, located in the Western District of Missouri, and then deposited into HOLTSCHNEIDER'S personal bank account, headquartered and managed with Arvest Bank, located in Bentonville, Arkansas. All in violation of Title 18, United States Code, Section 1343.

## Federal Employment Tax Requirements

20. The factual allegations of Paragraphs 1 through 19 of this Information are re-alleged and incorporated as though fully set forth.

21. At all times relevant to this Information, employers, including the Victim, were required to withhold money from their respective employees' wages and pay it over to the United States Treasury - specifically, to the Internal Revenue Service (IRS) - for federal income taxes, Medicare and social security taxes (often referred to as Federal Insurance Contribution Act or "FICA" taxes). This money withheld from employees' wages was also referred to as a "trust fund," because it was held in trust by the employer until it was paid to the United States Treasury. Collectively, the funds withheld by employers and paid over to the IRS were referred to interchangeably as "employment taxes," "payroll taxes," or "trust fund taxes."

22. At all times relevant to the Information, the defendant, on behalf of the Victim, caused employment taxes to be withheld from their respective employees' wages, including, federal income taxes, Medicare and social security/FICA taxes.

23. At all times relevant to this Information, employers and its designated representatives, like the Victim and the defendant, were required to make periodic deposits of the employment taxes to the IRS and the U.S. Treasury and, following the end of each calendar quarter, to file an IRS Form 941 with the IRS setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of social security and Medicare taxes due, and the total tax deposits.

24. At all times relevant to the Information, it was JUANITA FAYE HOLTSCHNEIDER'S responsibility to pay over to the IRS the federal income taxes, Medicare and social security taxes withheld from the Victim's respective employees' wages.

25. At all times relevant to this Information, HOLTSCHNEIDER was a "responsible person," that is, she had the corporate responsibility to collect, truthfully account for, and pay over the Victim's employment taxes to the IRS.

26. Altogether, during the five calendar quarters covering the period from the Second Quarter of 2023, through the Second Quarter of 2024, HOLTSCHNEIDER caused the Victim to fail to pay over to the IRS approximately $251,385.15 of employment taxes owed to the IRS.

## COUNT 2
(Failure to Pay Employment Taxes - 26 U.S.C. § 7202)

27. The factual allegations of Paragraphs 1 through 26 of this Information are re-alleged and incorporated as though fully set forth.

28. Beginning on or about April 1, 2023, and continuing up to and including on or about August 31, 2024, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, JUANITA FAYE HOLTSCHNEIDER, willfully failed to pay over to the Internal Revenue Service the federal income taxes and FICA taxes that were withheld from employees' paychecks and due to the United States on behalf of the Victim and its employees, between the Second Quarter of 2023, through the Second Quarter of 2024, in the amount of $251,385.15. In violation of Title 26, United States Code, Section 7202.

## FORFEITURE ALLEGATION

29. The United States Attorney re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 26, and Count 1, in this Information for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 1341, and Title 28, United States Code, Section 2461(c).

30. As a result of the offenses alleged in Count 1, the defendant, JUANITA FAYE

HOLTSCHNEIDER, shall forfeit all property, real and personal, constituting, or derived from, proceeds traceable to the offenses, directly or indirectly, as a result of the violations of law set out in Count 1 of this Information, including but not limited to the following property:

    a.    a money judgment in the amount of at least $283,878.26, in United States currency.

### Money Judgment and Other Property Traceable to the Offense

31. United States currency and all interest and proceeds traceable thereto, representing the proceeds obtained by the defendant, JUANITA FAYE HOLTSCHNEIDER, in that such sum in aggregate, constitutes or is derived from, proceeds traceable to the offenses set forth in Count 1, for an amount up to $283,878.26.

### Substitute Assets

32. Of any of the property described in the above paragraph, because of any act or omission of the defendant,

    (A)    cannot be located upon the exercise of due diligence;

    (B)    has been transferred to, sold to, or deposited with a third person;

    (C)    has been placed beyond the jurisdiction of the Court;

    (D)    has been substantially diminished in value; and/or

    (E)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), which is incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

7

Case 6:25-cr-03143-MDH    Document 7    Filed 10/16/25    Page 7 of 8

property of the defendant up to the value of the property described in paragraph 31 above, or elsewhere, as being subject to forfeiture.

Respectfully submitted,

R. MATTHEW PRICE
United States Attorney

/s/ Patrick C.
PATRICK A. N. CARNEY
Assistant United States Attorney

DATED: 10/6/2025
Springfield, Missouri