IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

## ARRAIGNMENT & CHANGE OF PLEA

| | |
|---|---|
| United States of America | Case Number: 6:25-cr-03143-MDH-01 |
| vs | Court Recorder/CRD: Angel L. Geiser |

**Juanita Faye Holtschneider**   Date: 10/16/2025

Honorable Willie J. Epps, Jr. presiding at Jefferson City, Missouri

Time: 11:14 am – 11:34 am

**APPEARANCES**   Government: Patrick Carney
Defendant: Scott Pierson
USPO: Sam Casey

Defendant waives indictment and enters a plea of guilty to the Information.

- Defendant signed waiver to indictment; accepted and filed by the Court.
- Defendant signed consent to plea before a magistrate judge.
- Defendant sworn.
- Charges and range of punishment read to the defendant.
- Court questioned defendant regarding his age, education, physical and mental condition.
- Court questioned defendant regarding the plea agreement and advised defendant of rights waived by pleading guilty.
- Defendant agrees to the stipulation; stipulation accepted by the Court; government directed to file stipulation in the Court's Electronic Filing System.
- Court finds defendant's plea is free and voluntary; factual basis presented.
- Court orders a Pre-sentence Investigation Report.
- Court will enter a report and recommendation recommending acceptance of the plea by the district judge.
- Government does not move to detain. Defendant is released on conditions.