IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-03143-01-CR-S-MDH |
| JUANITA RENEE HOLTSCHNEIDER, | |
| Defendant. | |

**MOTION OF THE UNITED STATES FOR A PRELIMINARY ORDER
OF FORFEITURE, WITH SUPPORTING SUGGESTIONS**

The United States of America respectfully moves this Court for a Preliminary Order of Forfeiture as to defendant Juanita Renee Holtschneider, for the reasons set forth in the following supporting suggestions. A proposed order is submitted with this motion.

**SUPPORTING SUGGESTIONS**

1. On October 16, 2025, the defendant, Juanita Renee Holtschneider, was charged in an Information. Relevant to this motion, Count One charged wire fraud, in violation of Title 18, United States Code, Section 1343. (D.E. 7.)

2. The Forfeiture Allegation of the Information sought forfeiture of all property, real or personal, constituting or derived from, or traceable to the offenses, directly or indirectly, as a result of the alleged violations of Count One, including but not limited to a personal money judgment in the amount of at least $283,878.26 in United States currency.

3. On October 16, 2025, the defendant appeared before Honorable Willie J. Epps, Jr., and pleaded guilty to, among others, Count One of the Information, charging violations of Title 18, United States Code, Section 1343, and further consented to the entry of a money judgment in the amount of $283,878.00 in United States currency. (D.E. 5, 8, 13.)

4. The Court's jurisdiction in this matter is founded upon Title 18, United States Code, Section 981(a)(1)(C) which provides that:

> Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of . . . . this title, or any offense constituting "specified unlawful activity" (as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense

28 U.S.C. § 2461(c), further provides that:

> If a person is charged in a criminal case with a violation of Act of Congress for which the civil or criminal forfeiture of property is authorized, the Government may include notice of the forfeiture in the indictment or information pursuant to the Federal Rules of Criminal Procedure. If the defendant is convicted of the offense giving rise to the forfeiture, the court shall order the forfeiture of the property as part of the sentence in the criminal case pursuant to the Federal Rules of Criminal Procedure and section 3554 of Title 18 United States Code. The procedures in section 413 of the Controlled Substance Act (21 U.S.C. § 853) apply to all stages of a criminal forfeiture proceedings, except that subsection (d) of such section applies only in cases in which the defendant is convicted of a violation of such Act.

5. The United States has not, as of this date, identified specific assets that were derived from the offenses for which the defendant has been convicted. Nor has the United States identified any property of the defendant that could be forfeited as a substitute asset in accordance with Title 21, United States Code, Section 853(p).

6. Accordingly, the United States seeks the entry of an Order of Forfeiture consisting of a personal money judgment against the defendant, pursuant to Rule 32.2(b)(2)(C), in the amount of $283,878.00 in United States currency.

7. The United States requests that the Court orally announce the forfeiture of the money judgment at the time of sentencing and that the Court include the money judgment in its Judgment and Commitment Order. *See* Fed. R. Crim. P. 32.2(b)(4)(B).

8. The entry of an Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure. Forfeiture money judgments are authorized by Title 21, United States Code,

Section 853(o) and (p). *See United States v. Johnson*, 956 F.3d 510, 518 n.5 (8th Cir. 2020) (affirming money judgment based on proceeds of offense). Once the Order of Forfeiture is entered, the Government may move at any time, pursuant to Rule 32.2(e)(1)(B), to amend the Order to forfeit specific property of the defendant, having a value up to the amount of the money judgment, as substitute assets.

9. In accordance with the provisions of Title 21, United States Code, Section 853(p) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States requests that it be permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

WHEREFORE, the United States respectfully requests that this Court enter an order directing a money judgment against the defendant, Juanita Renee Holtschneider, individually, in the amount of $283,878.00.

Respectfully submitted,

**R. MATTHEW PRICE**
United States Attorney

By

*/s/Patrick Carney*
Patrick Carney
Assistant United States Attorney
Kansas Bar No. 20254
901 St. Louis Street, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

## CERTIFICATE OF SERVICE

   I hereby certify that on November 3, 2025, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, for electronic delivery to all counsel of record.

             */s/Patrick Carney*
             Patrick Carney
             Assistant United States Attorney