# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 6:25-cr-03143-MDH** |
| | ) | |
| **JUANITA F. HOLTSCHNEIDER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW Defendant, Juanita F. Holtschneider, by and through counsel, and respectfully sets forth the following suggestions for the Court's consideration of a sentence below the guideline range of punishment.

## I. INTRODUCTION

The guideline imprisonment range for this case, as stated in the Presentence Investigation Report (PSR), on page 9, paragraph 49, is 33 months to 41 months. However, a consideration of all relevant factors in 18 U.S.C. § 3553(a) demonstrates that a term of imprisonment within the guideline range would be greater than necessary.

Because of the factors outlined within this memorandum, Counsel asks this Court to consider a five-year term of probation with the special condition that the Defendant pay restitution in full. If the Court deems that probation is not appropriate in this case Counsel, would request a sentence of a year and a day.

## II. <u>SUGGESTIONS</u>

**1. 18 U.S.C. Section 3553(a)(1): Offense and Offender characteristics:**

Juanita Holtschneider is a 59-year-old woman who was born in Fort Polk, Louisiana. Her parents remained married until her father's passing in 2014. Following her father's death, Mrs. Holtschneider devoted significant time and attention to caring for her ailing mother until her mother was placed in hospice care in Bolivar, Missouri, where she passed away in November 2025.

Mrs. Holtschneider currently resides in Marshfield, Missouri, where she also helps care for her twelve-year-old grandson, Brantley Dunn, who resides in her home Monday through Thursday.

Throughout much of her adult life, Mrs. Holtschneider has been the primary financial provider for her family. She began her employment working for her father through his company, Zimmerman Machinery, where she worked for approximately five years. She later worked for RGIS Inventory in Springfield, Missouri, from 2012 through 2015. In 2015, Mrs. Holtschneider began employment with G2 Material Handling, where she remained employed until August 2024.

In addition to maintaining steady employment and supporting her family, Mrs. Holtschneider has consistently demonstrated a strong commitment to her community. She created a local community initiative known as "Marshfield Rocks," which encouraged children and members of the community to paint and hide rocks for others to find a way to foster positivity and community engagement. She also founded "Lift Up Webster County," a charitable effort designed to assist families and children in need during the holiday season. Through this program, families could submit requests for

2

assistance, and members of the community could "adopt" families to help provide gifts and necessities during the holidays.

Those who know Mrs. Holtschneider describe her as caring, compassionate, and generous. Even during periods of personal hardship and instability, she has continued to place the needs of others before her own and has remained actively involved in helping members of her community.

On October 16, 2026, Mrs. Holtschneider accepted responsibility and entered a plea of guilty to a two-count indictment, charging her with wire fraud and failure to pay employment taxes.

Prior to accepting responsibility in this case, Mrs. Holtschneider has limited criminal history. She has a total criminal history score of one according to the sentencing table in USSG Chapter 5, Part A. A criminal history score of zero establishes a criminal history category of I.

Please see attached Defendant's Exhibits 1 for additional information.

## 2. 18 U.S.C §3553(a)(2)(A): Sentence to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment:

Mrs. Holtschneider has been on pretrial release since September 23, 2025. Over the last 8 months, Mrs. Holtschneider has had no violations of her pretrial release conditions. She has represented that she can follow release conditions. Any consideration of probation by this Court should include a requirement that Mrs. Holtschneider pay back the restitution in this case of $283,878.

These factors reflect the seriousness of the crime in this case, promote respect for

the law, and provide just punishment.

**3. 18 U.S.C. §3553(a)(2)(B): Sentence to Afford Adequate Deterrence to Criminal Conduct:**

A felony conviction coupled with requirement that all restitution is paid with interest would afford adequate deterrence to the criminal conduct.

This consequence is adequate to deter others who may not be aware of the serious criminal penalties for this offense.

**4. 18 U.S.C §3553(a)(2)(C): Sentence to Protect the Public from Further Crimes of the Defendant:**

The above-stated consequences are more than adequate to protect the public from any unlikely future crimes committed by Mrs. Holtschneider. Mrs. Holtschneider will forever be a convicted felon, which will preclude her certain jobs.

**5. 18 U.S.C. §3553(a)(2)(D): Sentence to Provide Training, Medical Care, or Other Treatment Most Effectively:**

Mrs. Holtschneider suffered a significant head injury in March 2025 during a motor vehicle accident in which her vehicle struck a horse that was in the roadway. As a result of the accident, she has experienced ongoing brain, vision, and balance issues. See (PSR), on page 11, paragraph 62. Mrs. Holtschneider is currently undergoing treatment for her injuries which include occupational and speech therapy at Mercy Hospital in Springfield, Missouri.

Mrs. Holtschneider has further settled a person injury claim against the owner of the horse. The claim has been paid off to the law office of Brad Bradshaw. After all liens

4

are paid, Mrs. Holtschneider should receive roughly $250,000, which she would put towards restitution in this matter.

**6. 18 U.S.C. §3553(a)(3): Kinds of Sentences Available:**

Mrs. Holtschneider is statutorily eligible for not less than one year and not more than five years of probation. 18 U.S.C. § 3561(c)(1). Mrs. Holtschneider is also eligible for a prison term. The Court may also impose a term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(2). Further, the Court may impose a fine of up to $250,000 as to Count 1 and up to $10,000 as to Count 2.

**7. 18 U.S.C. §3553(a)(4): United States Sentencing Guidelines:**

As calculated by the Probation Office, Mrs. Holtschneider's total offense level is 20. She has one criminal history point, placing her in criminal history category of I. The guideline range of imprisonment for level 20 and criminal history I, taking into account the statutorily authorized maximum sentence, is 33 months to 41 months. It should be noted that Mrs. Holtschneider received a four-point increase for her "role in the offense" and "sophisticated means." Both are centered on the fact that she kept the books and don't involve separate conduct. Accordingly, counsel would argue that a more appropriate range to look at would an offense level of 18 with a guideline range of 27-33 months.

**8. 18 U.S.C. §3553(a)(5): Pertinent Policy Statement:**

There does not appear to be any relevant policy statements of the Sentencing Commission that should be considered by the Court.

**9. 18 U.S.C. §3553(a)(7): Restitution:**

Regarding the issue of restitution, the parties have concluded a review of financial

5

documents related to this investigation. The parties reached a negotiated settlement, jointly recommending an order of restitution in the amount of $283,878.

The parties further agree that the restitution amount recommendation now being made to the Court does not support any reduction of the offense level for actual or intended loss amounts pursuant to Section 2B1.1 under the Federal Sentencing Guidelines.

### III. <u>CONCLUSION</u>

WHEREFORE, Defendant Juanita F. Holtschneider respectfully requests that this Court place the Defendant on a five-year term of probation with the special condition that Defendant is to pay all restitution in the matter. If the court does sentence Mrs. Holtschneider to prison, we respectfully request that she be allowed to enter and complete RDAP.

Respectfully submitted,

/s/ *Scott B. Pierson*

Scott B. Pierson, Mo Bar No. 64083
*Attorney for Defendant*
901 E. St. Louis St.
Suite 1600
Springfield, MO 65806
Phone: (417) 862-1741
Fax: (417) 862-4044
E-Mail: Scott@TwibelPierson.com
www.TwibellPierson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

/s/ Scott B. Pierson

_____

Scott B. Pierson

7