Donald Jenkins
1034 W. Madison St
Springfield, MO
8/7/2025


Scott Pierson and Twibell Pierson
901 East St. Louis Street
Hammons Tower STE 1000
Springfield, MO 65806


Dear Scott Pierson and Twibell Pierson:

I am writing to provide a character reference for Juanita "Tia" Holtschneider (ne Becker), whom I have known for 7 years professionally and personally. I intend to offer insight into her character and the positive contributions she has made to my family, my professional career, and our community.

For the years I have known Tia, she has consistently exhibited integrity, honesty, and compassion in our professional collaborations on projects. I was the lead Quality inspector and Certified Welding Inspector (CWI) for Watson Metal Masters, Inc. and worked with Tia to coordinate multiple stainless steel vessel jobs that were subcontracted by Watson to G2 Material Handling (www.g2mh.com). Tia was the utmost professional and always a valued collaborator to ensure these subcontracts were completed to the required specifications and in the best interest of G2, Watson, and our customers. Tia's diligence and ethics kept the jobs running smoothly. Tia's honesty helped us identify and overcome pitfalls or fabrication deficiencies.

One specific example were small heat exchanger tanks that had high finish requirements for food/dairy service. Tia and I collaborated to make sure the high standards were effectively communicated and enforced throughout the project. Tia facilitated me and other inspectors from Watson to visit the G2 location for inspections of fabrication, rework, and final acceptance.

Personally, I have known Tia to be a kind and genuine person that is deeply valued by her family and mine. Tia has instilled honesty and integrity through modeling healthy, positive behaviors to her adult children, her grandson Brantley, and my son Atticus that is close friends with Brantley. Tia has included me and my son in numerous family events. I have always observed her to be kind, logical, and trustworthy. Atticus and I are better for having Tia in our lives.

Recently Tia was involved in a severe vehicle accident and suffered multiple injuries. Despite this challenge, Tia rose up and continues to provide the guidance and resilient strength we know and admire her for. She also continues to provide essential hospice care for her mother multiple days a week.

Your Honor, I respectfully ask that you consider this letter as my testament to Juanita's great character and the positive, valuable impact she has on my life and lives the many others. I know with certainty that with the right support and guidance, Juanita has the tools to move forward from this challenging legal consequence. Tia will continue to positively contribute to her family and our community in a fully law-abiding life.

Thank you for reading my letter. I am available to offer any clarification or answer any questions you may have regarding my friend and colleague Juanita.

Sincerely,

Donald Jenkins

Phone: (417) 773-0102

Email: dfjenkins3rd@icloud.com