Miss Holtschneider has always been a very impactful person in my life, ive known her for 16 years and when ever I had no where to go she would open her home to myself and many of my friends.
she always took time out of her day to make sure we were ok.

during the time I've known her she started Marshfield Rocks to promote Art in the community and worked closely with our Mayor. She also created Lift Up Webster County, an adopt a family Christmas program.  She pairs community members with families in need that would not otherwise have Christmas.  She has adopted many dogs who other would have written off,  and supported and coached local youth programs in any way she was asked.

.at the hardest points in my life I've turned to ms holtschneider for advice and trusted whatever she had to offer. there is no doubt in my mind she is made of the highest grade materials a person can be and marshfield would be loosing a keystone member of its small community if she were to leave

,even in going through her own automotive and health troubles she's never failed to reach out and support others.

she recently housed a local family who's house burned down in
 marshfield. It's  safe to assume many lives would have been drastically different and many of us would be much worse off without the intervention of ms holtschneider
Sep 22 2025.
Walter Totten