

I'm Kendra Dunn, Juanita Hottschneiders daughter. My mom has made a huge impact on my life and shown me what it is like to be a great mother. Most daughters say this, but not all have the history we do.

To start, she raised me, alone. Yes, she had a few people she trusted to help, but for the most part it was just us. She had to because my father was an abusive husband. She always made sure I was safe and protected. She went through that marriage for as long as she could. I never knew of the abuse because she would hid it the best she could and made sure I had a happy childhood. She showed me what its like to put your kids first!

Later, she remarried when I was 13. Her and Greg had my twin brothers and everything seemed happy. Behind closed doors she was experiencing something no one should, sexual assult. After leaving and divorcing Greg, she pushed through raising

https://mail.google.com/mail/u/0/?tab=rm&ogbl#inbox/FMfcgzQcpnVKNsMMFpfhvWLNVKwMHPTg?projector=1 1/1



my brothers and helping me. I navigate being a single mom. I can honestly say that I wouldn't have made it this far without her help. She made it through with her head held high and I am truly inspired by her.

Now, she still helps me by helping take care of my son. I had to move to Springfield to be closer to work and I did not want to take Brantley out of Marshfield School District. We have heard too many horror stories about SPS and I refused. Brantley now lives in Marshfield, with mom, Tuesday-Thursday night. This allows me to work and him stay in a good school while being taken care of.

If she were to be incarcerated, I am not entirely sure what we would do. My mom is not only my role model, but my sons as well. She has shown us how to be a selfless person and help those you love, even when your life seems to be breaking.

Case 6:25-cr-03143-MDH    Document 24-3    Filed 05/12/26    Page 2 of 2