Lisa Jackson
431 N. Mill Street
Marshfield, MO 65706
Lisajackson5113@gmail.com
(417) 241-9431

Scott Pierson
Twibell Pierson
901 East St. Louis Street
Hammons Tower, Suite 1000
Springfield, MO 65806

Dear Mr. Pierson,

I am writing to provide a character reference for Juanita (Tia) Beckler, whom I have known for over 10 years. I hope to provide some insight into her character and the positive contributions she has made to me and our community.

In the time I have known Tia, she has consistently exhibited qualities of integrity, compassion, and strong sense of responsibility. She is known for her willingness to help others, whether it be through participating in community events or simply being there for friends and family in times of need.

One specific example that stands out is when she organized a fundraiser for Christmas presents for my family during a very difficult time. Thanks to Tia, my family had an amazing Christmas while dealing with the loss of my mother. Tia goes out of her way to help anyone without asking for anything in return. She truly is an amazing person and friend.

Mr. Pierson, I respectfully ask that you consider this letter as a testament to Tia's good character and the positive impact she has had on those around her. Thank you for taking the time to read my letter. If you have any questions or require further information, please do not hesitate to contact me.

Sincerely,

Lisa Jackson

Case 6:25-cr-03143-MDH    Document 24-4    Filed 05/12/26    Page 1 of 1