**Gmail**

Brittany Weaver <brittany@twibellpierson.com>

**Fwd: Juanita Beckler**

**Juanita Holtschneider** <tiaholtschneider@gmail.com>                                              Mon, Sep 22, 2025 at 4:58 PM
To: Brittany Weaver <brittany@twibellpierson.com>

---------- Forwarded message ----------
From: **Doris Farage** <Doris.Farage@nkcschools.org>
Date: Mon, Sep 22, 2025 at 4:56 PM
Subject: Juanita Beckler
To: tiaholtschneider@gmail.com <tiaholtschneider@gmail.com>

To whom it may concern;

My name is Doris Farage, Director of Custodial for the NKC School District. I have known Juanita since 1999.

I want you to know Juanita the way I do.

We met at Speedway Lanes. We bowled together in many tournaments, traveling leagues and competed against each other. Not only did we compete, Juanita and I were Certified Level 2 coaches for our ever-growing youth league. Together we helped many students earn scholarship dollars through the tournaments they attended. She was so good with these kids.

She raised a daughter and twin boys almost by herself. They are great kids. You can tell when you are with them how much they respect their mother and how respectful they are to other adults.

She is one of the most caring people I have ever met. She has cared for so many people in their time of need. A great example is: Last year , my husband went into Hospice care at home, He took a turn for the worse, without asking she came to my house and helped me with my husband as well as supported me through his death. She even went grocery shopping for me without asking. Not only that, but she was also able to get an escort for my Marine husband from the funeral home to his place of rest. Honestly, I don't know what I would have done without her.

I hope this will be helpful.

Sincerely,

Doris Farage

Case 6:25-cr-03143-MDH    Document 24-5    Filed 05/12/26    Page 1 of 1