Diana Felton
2017 S Hedgwood
Bolivar, Mo 65613

Sept 5, 2025

Scott Pierson
Turrbell Pierson
901 East St Louis St
Hammons Tower Ste 1000
Springfield, Mo 65806

Dear Scott Pierson:

I am writing to provide a character reference for Juanita Hollachander whom I have known for close to 30 years as a friend. I hope to provide some insight into her character and the positive contributions she has made.

In the time I have known Juanita she has consistently exhibited qualities of integrity, compassion an strong sense of responsibility. She is known for her willingness to help others, whether it be through volunteering at local shelters, participating in

community events or simply being there for friends and family in times of need.

An example is when Juanita helped organize a bowling tournament along with seven other women in Bolivar, Missouri. It ran for 19 years. She assisted in getting sponsorship from local businesses and in turn encourage bowlers from surrounding areas to shop and participate in the local business.

She is currently caring for her disabled mother along with her sisters and daughter to keep her from having to go to a nursing home. This a testament to Juanita's selflessness and dedication to the well being of those around her.

I respectfully ask that you consider this letter a testament to Juanita's character and positive impact she has had on those around her.



Thank you for taking time to read this letter. If you have any questions or require further information please do not hesitate to contact me.

Sincerely,
Diana Felton