**Brittany Weaver <brittany@twibellpierson.com>**

# Fwd: Character letter

**Juanita Holtschneider** <tiaholtschneider@gmail.com>                    Mon, Sep 22, 2025 at 5:38 PM
To: Brittany Weaver <brittany@twibellpierson.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Sam Holtschneider <samholtschneider@gmail.com>
> **Date:** September 22, 2025 at 5:29:54 PM CDT
> **To:** Juanita Holtschneider <tiaholtschneider@gmail.com>
> **Subject: Character letter**

Character letter

My mom Juanita Holtschneider is a wonderful person. In 2016 she started a Facebook group called Marshfield Rocks! It was a group created to help get kids and the community outside painting and hiding rocks. I remember watching the Facebook group get post after post about how fun the idea was. Everyone was sharing what rocks they had painted or found. Or sometimes giving hints as to where they hid them! In 2020 She also created a Facebook page called Lift Up Webster County. This group was created to help people, specifically children in need during the holidays. Families that were not well off could message the group and ask to be "adopted" for Christmas. They would give basic information about their children and my mother would find families that were more well off to "adopt" these families. And the worse off families would get presents for all of their kids paid for. Any families they couldn't get coverage for my mom would take those families on herself. Those are just a few ways my mother, Juanita Holtschneider, has impacted our community in a positive way.

She has also helped me come out of my shell. I used to be very shy and nervous about everything. I couldn't even order my own food at a restaurant without freaking out and crying. When I was in middle school I mentioned I might be interested in bowling. She ran with the idea immediately. Helped me to get all of my own equipment and get into a league in Springfield. There I finally started to come out of my shell and made new friends. Had friendly rivalries, and just had something that I wanted to get better at and strive to get better. She supported me through that taking me to league every week until I could drive and then still coming most weeks after I could drive myself. She took me to tournaments across the Missouri, Oklahoma, Arkansas, Tennessee, and Kansas area. I loved competing and just trying to be better. Eventually she surprised me by taking me to a Professional Bowling even in Jonesboro Arkansas. There I got to watch the pros bowl and I actually got to bowl with them in a mini tournament. I took second in my division. That plaque still hangs on my bedroom wall to this day. I also qualified for nationals twice! We only got to go once because of Covid, but the one we went to was in 2022 in Michigan! It was such a fun experience. I then received a bowling scholarship to attend Lindenwood University. My mom has been a very positive influence in my life and in the lives of our community.