**Gmail**                                                    **Brittany Weaver <brittany@twibellpierson.com>**

# Fwd: Letter
1 message

**Juanita Holtschneider** <tiaholtschneider@gmail.com>                    Mon, May 11, 2026 at 8:38 AM
To: Brittany Weaver <brittany@twibellpierson.com>

From my sister for Scott.

Sent from my iPhone

Begin forwarded message:

> **From:** Kim Payne <paynekim599@gmail.com>
> **Date:** May 11, 2026 at 8:19:28 AM CDT
> **To:** tiaholtschneider@gmail.com
> **Subject: Letter**

The Honorable Judge Harpool
United States District Court

Dear Judge Harpool,

I am writing on behalf of my sister, Juanita, to offer my heartfelt character testimony and to respectfully ask the Court to consider her personal circumstances during sentencing.

Juanita is a hardworking, intelligent, and deeply caring woman. Throughout her life, she has been a devoted mother, grandmother, daughter, and sister. She has always been someone our family could depend on, especially during difficult times. Over the past year, our family has endured tremendous hardship, and Juanita has been at the center of helping carry those burdens.

Most recently, we spent many months providing around-the-clock care for our mother prior to her passing. The emotional and physical toll of losing our mother has been devastating for all of us, especially for Juanita, who remained committed to her care despite her own serious health struggles.

In addition to this loss, both Juanita and my older sister Karen were involved in separate serious automobile accidents this past year. Juanita suffered a traumatic brain injury and continues to undergo therapy, medical treatment, and counseling as part of her recovery. I am deeply concerned about her physical safety and medical well-being if she is taken into custody without careful consideration of her condition. Another serious injury or blow to her head could have catastrophic consequences.

Her ongoing therapy is also critical for her emotional recovery. Following the accident, painful childhood trauma resurfaced involving abuse we both suffered at the hands of our brother. Juanita has been working courageously through these horrific memories with professional support, and continued access to treatment is extremely important for her healing and stability.

I understand the seriousness of the circumstances before the Court, and I do not write this letter to excuse wrongdoing. I write only to share the character of the woman I know and love — a woman who has spent her life caring for others, who is struggling with significant medical and emotional challenges, and who remains deeply loved and valued by her family.

I respectfully ask the Court to take Juanita's character, medical condition, ongoing treatment, and family circumstances into consideration in its judgment.

Thank you for your time, consideration, and service.

Respectfully,

Kim Payne