**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **Case No.: 25-03143-01-CR-S-MDH** |
| JUANITA FAYE HOLTSCHNEIDER, | |
| Defendant. | |

## RESTITUTION JUDGMENT

1.      The defendant, Juanita Faye Holtschneider, is sentenced to pay restitution in the aggregate amount of $322,098.70, to the following entities in the below apportioned amounts:

    a.      United States Internal Revenue Service

        Restitution Owed - $251,386.00
        Statutory Interest Owed - $38,221.70
        Total Amount Owed - $289,607.70

    b.      G2 Material Handling
        c/o Ryan Gorrell
        820 N. West
        Springfield, Missouri 65802

        Restitution Owed – $32,491.00

2.      The Court has determined that the defendant does not have the ability to pay interest moving forward from the sentencing date; therefore, future interest is waived.

3.      Pursuant to 18 U.S.C. § 3612(g), the defendant may be subject to delinquent and default penalties.

4.      Restitution is due and payable immediately, and, notwithstanding any other provision of this order, the Government may enforce restitution at any time.

6. If incarcerated, the defendant shall pay to the Clerk monthly payments of $25 or at least 10% of his gross monthly income, whichever is greater.

7. If the defendant is not incarcerated, the defendant shall pay to the Clerk monthly payments of $100 or at least 10% of his gross monthly income, whichever is greater.

8. All payments should be made to the Clerk of the Court, United States District Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, Missouri 64106.

9. The defendant shall notify, within 30 days, the Clerk of the court and the United States Attorney's Office, Monetary Penalties Unit, 400 East 9th Street, Room 5510, Kansas City, Missouri 64106 of: (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

s/Douglas Harpool
Douglas Harpool
United States District Judge

Dated: May 26, 2026

2