**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

JUANITA FAYE HOLTSCHNEIDER,

        Defendant.

Case No. 25-03143-01-CR-S-MDH

## ENTRY OF APPEARANCE

The United States of America, by and through its undersigned attorney,

Anthony M. Brown, Assistant United States Attorney, enters his appearance as

counsel for the United States of America in the above-referenced case.

        Respectfully submitted,

        R. Matthew Price
        United States Attorney

By

        */s/ **Anthony M. Brown***
        Anthony M. Brown
        Assistant United States Attorney
        Missouri Bar No. 62504
        901 East St. Louis Street, Suite 500
        Springfield, Missouri 65806
        Telephone: (417) 575-8167

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of May 2026, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was served upon on the following non-ECF participant via U.S. Mail, redacted herein pursuant to Fed. R. Crim. P. 49.1(a)(5), upon the following:

*<u>/s/ Anthony M. Brown</u>*
Anthony M. Brown
Assistant United States Attorney